1462

[Cite as *02/25/2004 Case Announcements,* 2004-Ohio-823.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 25, 2004*

## MOTION AND PROCEDURAL RULINGS

**2003–0533.  State v. Koger.**
Lucas App. No. L–00–1033, 2003-Ohio-576. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.

IT IS ORDERED by the court, sua sponte, that oral argument scheduled for March 16, 2004, be cancelled and that this cause be held for the decision in 2002–1716, *State v. Harwell,* Lucas App. No. L–00–1356, 2002-Ohio-4349.

## RECONSIDERATION OF PRIOR DECISIONS

**2002–1104.  State v. Franklin.**
Montgomery App. No. 19041, 2002-Ohio-2370. Reported at 98 Ohio St.3d 1422, 2003-Ohio-259, 782 N.E.2d 77. This cause came on for further consideration upon appellant's pro se motion for reconsideration, motion for an evidentiary hearing, motion to compel discovery, and motion for appointment of expert assistance and funds for expert assistance. Whereas, appellant's motion for reconsideration and related motions were not timely filed under S.Ct.Prac.R. XI(2),

IT IS ORDERED by the court, sua sponte, that the motions be, and hereby are, stricken.

[Cite as *02/26/2004 Case Announcements,* 2004-Ohio-848.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 26, 2004*

## DISCIPLINARY CASES

**2003–1156.  In re Resignation of Andrews.**
This cause came to be heard upon the filing by respondent, Robert J. Andrews Jr., Attorney Registration No. 0025043, of a reply to the show cause order issued by this court on January 29, 2004. Upon consideration thereof,

IT IS ORDERED by the court that no action shall be taken at this time, provided respondent files his affidavit of compliance within 20 days of the date of this order.

[Cite as *02/27/2004 Case Announcements,* 2004-Ohio-862.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 27, 2004*

## MOTION AND PROCEDURAL RULINGS